JOHN DOUBEK
DOUBEK, PYFER & STORRAR
307 N. Jackson St.
P.O. Box 236
Helena, Montana 59624-0236
(406) 442-7830
(406) 442-7839 facsimile
john@lawyerinmontana.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT DISTRICT OF MONTANA MISSOULA DIVISION

| | |
|---|---|
| LESLIE BALDWIN for and on behalf of her son, K.B., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>KALISPELL SCHOOL DISTRICT #5 a.k.a. KALISPELL PUBLIC SCHOOL, GLACIER HIGH SCHOOL, SUPERINTENDANT MICAH HILL, ROSS DANKERS, MARK DENNEHY, SARA COLE, TEEGAN VASQUEZ, RICH VASQUEZ, JOSHUA MELTON, AND does and roes 1-10,<br><br>Defendants. | Cause No.<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff files this Complaint for and on behalf her minor son, K.B., Plaintiff alleges the following:

INTRODUCTION:

1. This action arises out of a sexual assault upon Plaintiff's minor son, K.B., in February, 2022, while traveling on a bus headed back to Kalispell from a wrestling tournament in Billings, Montana.

VENUE:

2. Venue is proper in this court under 28 USC § 1391 (b)(1) and (2) because that is where Defendants reside and where a substantial part of the events or omissions giving rise to the claim occurred.

JURSIDCTION:

3. This court has jurisdiction pursuant to 28 USC § 1331 as this civil action arises under the U.S. Constitution and laws of the United States. There are federal questions herein to be considered by this court.

FACTUAL BASIS:

4. K.B. was a student at Glacier High School at all relevant times. On February 11 and 12, 2022, he was a participant in the State of Montana High School wrestling tournament held in Billings, Montana. He had just turned 15 years old at the time. Because the wrestling tournament was scheduled for more than one day, the team stayed at a motel in Billings. On that first night, some of the upper class wrestlers entered K.B.'s motel room and sexually assaulted another under class teammate who was sharing the room with K.B. K.B. was fearful he would be the next person to be assaulted so for his own protection he used his cell phone and recorded a part of the assault. The upper class wrestlers left the room after having assaulted the one wrestler.

5. On the bus ride home to Kalispell on 2/12/2022, K.B. was sexually assaulted. K.B. was sitting in the middle of the bus. He said it was dark when he went to the back of the bus to use the restroom. The upper class wrestlers who referred to themselves as "the big dogs" were seated in the back near the restroom. When K.B. exited the restroom,

Defendant Joshua Melton used a pillow and tackled K.B. to the ground, telling him to "be quiet". As he fell to the ground, he saw Defendant Teegan Vasquez put an attachment on a massage gun. K.B. laid on the ground and was unable to move as he was forcible held face down by Melton. Vasquez turned the massage gun on and violently assaulted K.B. He "shoved it up (K.B.'s) butt for a couple minutes". K.B. did not have his pants removed during this incident. After a few minutes, Vasquez and Melton stopped and allowed K.B. to get up from the bus floor and return to his seat. The sexual assault ordeal was physically and emotionally painful, shocking and embarrassing.

6. K.B. was 15 years old when he was sexually assaulted. At all times he had a federal and state right, statutory and constitutional, to a quality education and to participate in all school related activities such as wrestling and be free from such terrible actions by teammates.

7. Defendants Glacier High School, Kalispell School District School #5, Superintendent Micah Hill, wrestling coach Ross Dankers, volunteer assistant wrestling coach (and father of Teegan Vasquez) Rich Vasquez and high school athletic director Mark Dennehy were all obligated and charged under Title IX and color of law with assuring K.B. his full rights as set forth herein. These Defendants failed to afford K.B. his said rights. They were negligent in providing adequate training to their staff members and supervising motel stays, long and late night bus travel, helping students to understand the need to report bullying, coercion, harassment, hazing, intimidations, assaults of any kind and that such actions were wrong, if not criminal. They failed to provide any supportive measures to K.B.

8. Defendant Sara Cole was the school district's Title IX coordinator. Ms. Cole was initially in contact with K.B.'s mother Leslie Baldwin (Plaintiff). Mrs. Baldwin made it clear that she wanted to be present if Ms. Cole intended to talk with her son K.B. and Ms. Cole agreed. Nevertheless, Ms. Cole pulled K.B. out of class and told K.B. she wanted to see the second video he had recorded on his cell phone. When K.B. responded to Ms. Cole, she told him she wanted to see his cell phone again. She directed him to send the video to her cell phone. This was done without the permission of Plaintiff. K.B. thought this was odd because he had been told by one of the investigating police officers that he would tell Ms. Cole to wait until the said police officers had seen the video. The said officer did review the video but did so after requesting and receiving Mrs. Baldwin's permission. The actions by Ms. Cole were entirely inappropriate and led to the accusation that K.B. was showing the video to others which K.B. was told was a crime. As a consequence, K.B. was advised by law enforcement that he was being referred to law enforcement for potential criminal violations. K.B. and Plaintiff were compelled to retain counsel to defend against any potential charges, all of which were dismissed. Like the failure of the school, its personnel, coaches and others referenced above, Ms. Cole's actions were aimed at minimizing what had happened to K.B. and making him not wanting to assert his rights and talking about the wrong committed against him.

9. These Defendants permitted a culture and "traditions" of hazing and assault. They knew or should have known that one of their assistant coaches had acquiescenced in such conduct previously. The knew about the "tradition" of the upper class wrestlers hazing and sexually assaulting the younger wrestlers. They did nothing to specifically address this "tradition." And then when the sexual assault of K.B. surfaced they showed him no

empathy and treated him as a lying criminal. They repeatedly looked the other way when the facts and videos verified the sexual assault. They failed him in every way and violated K.B.'s federal and state rights of due process, equal protection and Title IX rights.

10. The acts and omissions of Defendants were negligent and wanton, willful and wrongful. At no time did K.B. give his consent to any negligent or wrongful act or omissions of Defendants. Defendants said acts and omissions were offensive and severe and interfered with K.B.'s right to an education, his right to participate in school programs and activities and his mental peace of mind. These acts and omissions caused a severe disruption in his schooling and education.

11. K.B. suffered severe physical and emotional harm, damaged his way of life and lifestyle, and caused the need for medical care.

WHEREFORE; Plaintiff prays for such special, compensatory and general damages as well as such punitive/exemplary damages as proved at trial together with costs and disbursements and all other relief granted by the Court.

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial herein.

DATED this 23rd day of October, 2023.

DOUBEK, PYFER & STORRAR

By _____
John C. Doubek
Attorney for Plaintiffs