IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LESLIE BALDWIN, for and on behalf of her son, K.B., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>KALISPELL SCHOOL DISTRICT #5, a.k.a. KALISPELL PUBLIC SCHOOL, GLACIER HIGH SCHOOL, SUPERINTENDANT MICAH HILL, ROSS DANKERS, MARK DENNEHY, SARA COLE, and DOES and ROES 1-10<br><br>Defendants. | CV 23-127-M-DWM<br><br>ORDER |

The Court having reviewed the Complaint, (Doc. 1), and the defendants' good-faith attempt to answer, (*see* Doc. 3),

IT IS ORDERED that the plaintiff must file an amended complaint by 8:00 am on March 27, 2024, containing distinct and independently pled legal theories, each naming specific defendants and containing specific supporting facts. *See* Fed. R. Civ. P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, (2009) (requiring that a complaint "contain sufficient factual matter . . . to state a claim for relief that is plausible on its face") (Internal quotation marks omitted). The failure to do so will result in

dismissal of this action. *See* Fed. R. Civ. P. 41(b). The defendants will have twenty-one days to answer. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

IT IS FURTHER ORDERED that, by the same deadline outlined above, the plaintiff must also file a computation of damages as required by the Federal Rules, this Court's Local Rules, and the Preliminary Pretrial Conference Order. *See* Fed. R. Civ. P. 26(a)(1)(A)(iii); L.R. 16.2(b)(1)(E); (Doc. 4).

DATED this 26th day of March, 2024.

_____ 14:33 P.M.
Donald W. Molloy, District Judge
United States District Court