IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LESLIE BALDWIN, for and on behalf of her son, K.B., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>KALISPELL SCHOOL DISTRICT #5, a.k.a. KALISPELL PUBLIC SCHOOL, GLACIER HIGH SCHOOL, and DOES and ROES 1-10,<br><br>Defendants. | CV 23-79-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order, (Doc. 65), that the above-entitled matter is dismissed for lack of subject matter jurisdiction.

Dated this 24th day of January, 2025.

TYLER P. GILMAN, CLERK

/s/ Tyler P. Gilman